2:18-cr-178-DBH

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2018 NOV 30 P 4:01

_____
DEPUTY CLERK

## INDICTMENT SYNOPSIS
November 30, 2018

| | |
|---|---|
| **Name:** | DERONG MIAO<br>a/k/a "Amy," "Ronger," "Arong," "Anna," "Lily," and "LiLi" |
| **Address:**<br>**(City & State Only)** | Concord, New Hampshire |
| **Year of Birth and Age:** | 1981 – Age 37 |
| **Violations:** | COUNT ONE: Conspiracy, in violation of 18 U.S.C. §§ 371, 2421, 2422(a) & 1952(a)(3), (b)(1)<br><br>COUNTS TWO & THREE: Sex Trafficking by Fraud & Coercion, in violation of 18 U.S.C. § 1591(a)(1) and 1594(a).<br><br>COUNTS FIVE - NINE: Transportation for Purposes of Prostitution, in violation of 18 U.S.C. § 2421 (a) and 2. |
| **Penalties:** | COUNT ONE: Not more than 5 years imprisonment (18 U.S.C. § 371), a fine not to exceed $250,000 fine (18 U.S.C. § 3571(b)(3)), or both. This is a Class D felony.<br><br>COUNTS TWO & THREE: Imprisonment of not less than 15 years and not more than life (18 U.S.C. § 1591(b)(1)), a fine not to exceed $250,000 (18 U.S.C. § 3571(b)(3)), or both. This is a Class A felony.<br><br>COUNTS FIVE - NINE: Imprisonment of not more than 10 years (18 U.S.C. § 2421(a)), a fine not to exceed $250,000 (18 U.S.C. § 3571(b)(3)), or both. This is a Class C felony. |
| **Supervised Release:** | COUNT ONE & FIVE - NINE: Not more than 3 years. 18 U.S.C. § 3583(b)(2).<br><br>COUNTS TWO & THREE: Not more than 5 years. 18 U.S.C. § 3583(b)(1). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | COUNTS ONE & FIVE -NINE: 2 years. 18 U.S.C. § 3583(e)(3).<br><br>COUNTS TWO & THREE: 3 years. 18 U.S.C. § 3583(e)(3). |

| | |
|---|---|
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | COUNTS ONE & FIVE-NINE: Not more than 3 years less any term of imprisonment imposed on the violation. 18 U.S.C. § 3583(h).<br><br>COUNTS TWO & THREE: Not more than 5 years less any term of imprisonment imposed on the violation. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | Unknown |
| **Primary Investigative Agency and Case Agent Name:** | FBI - Townsend |
| **Detention Status:** | Warrant to issue. |
| **Foreign National:** | Yes |
| **Foreign Consular Notification Provided:** | Yes |
| **County:** | Cumberland & York |
| **AUSA:** | Darcie N. McElwee |
| **Guidelines apply?  Y/N** | Y |
| **Victim Case:** | Y |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count |