AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maine

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2018 DEC 14 P 12: 14

DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DERONG MIAO | ) | Case No. 2:18-cr-00178-DBH-002 |
| a/k/a "Amy", "Ronger", "Arong", "Anna", "Lily", and "LiLi" | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   DERONG MIAO a/k/a "Amy", "Ronger", "Arong", "Anna", "Lily", and "LiLi" ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

CONSPIRACY, 18:371 (Count 1)
SEX TRAFFICKING BY FRAUD AND COERCION, 18:1591(a)(1), (a)(2), (b)(1), 1594(a) (Counts 2-3)
INTERSTATE TRANSPORTATION FOR PROSTITUTION, 18:2421(a) AND (2) (Coutns 5-9)

Date:   12/03/2018

*Issuing officer's signature*

City and state:   Portland, Maine

Jenifer Bennett, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/03/2018 , and the person was arrested on *(date)* 12/13/2018
at *(city and state)* Concord, New Hampshire .

Date:   12/13/2018

*Arresting officer's signature*

SA Patrick M. Clary, FBI
*Printed name and title*