## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | No. 2:18-cr-178-DBH-2 |
| ) | |
| **DERONG MIAO** ) | |

### SPEEDY TRIAL ORDER

This matter comes before the court upon the Defendant's Motion to Extend Time regarding pretrial motions (ECF No. 47) ("Motion). Specifically, the defendant requests that the deadline for filing pretrial motions be continued from December 27, 2018, to January 24, 2019.

The grand jury returned an indictment against the defendant on November 30, 2018. The defendant's arraignment was held on December 13, 2018. In support of her motion, the defendant represents that the discovery in this matter is extensive and additional time will be needed to review the documents. The defendant waives her Speedy Trial rights for the requested extension. The United States does not object to the motion.

After full consideration of the representations of counsel, and of the record to date, the court hereby incorporates such representations as findings of fact. Taking into consideration the factors set forth in Title 18, United States Code, Section 3161(h)(7)(B), the court can and does find that the ends of justice served by such an enlargement of time outweigh the best interests of the public and of the defendant in a speedy trial.

The court further finds that such an enlargement of time is reasonable as to all of the parties because given the interrelated nature of the evidence in this case having multiple pretrial motion deadlines would be impractical and would result in the inappropriate duplication of efforts and expenditure of resources.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is hereby **GRANTED**.

2. The pretrial motions deadline is extended from December 27, 2018, through January 24, 2019, and such time is hereby excluded from calculation under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

3. Any codefendant objecting to the new deadline(s) set forth in this Order shall file a specific objection within 5 business days of the entry of this Order. If there is such an objection, the government shall be given leave to respond to the objection within 5 business days.

**SO ORDERED.**

Dated this 30th day of December, 2018.

/s/ John H. Rich III
John H. Rich III
U.S. Magistrate Judge